**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADRIENNE BROWN,

                Plaintiff,

  - against -

SUFFOLK COUNTY 3ʳᵈ PRESENT [SIC]
POLICE DEPARTMENT, SUFFOLK
COUNTY POLICE OFFICER, *Public Safety Officer*, SUFFOLK COUNTY POLICE DEPT., *Public Safety Sgt.*, and SUFFOLK COUNTY POLICE DEPT., *Detective Christopher Tolt,*

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 20-3342 (JMA) (AYS)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 13, 2021, dismissing the complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), and denying *in forma pauperis* status for the purpose of any appeal; and an electronic Order of Honorable Joan M. Azrack, United States District Judge, having been filed on October 6, 2021, directing the Clerk of the Court to enter judgment in accordance with the August 13, 2021 Order and to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that Plaintiff Adrienne Brown take nothing of Defendants; that the complaint is dismissed without prejudice; that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated: October 7, 2021
       Central Islip, New York

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT
                                               BY:   /S/ JAMES J. TORITTO
                                                            DEPUTY CLERK